# EXHIBIT 10

```
FORMOSA PLASTICS CORPORATION, TEXAS                    Print on    1/19/16
Personnel Action Form - Terminated/Retired/Transferred Return Before  2/ 3/16
===========================  Employee Information  ===========================
Name :CARREON JR    RUDY                      Employee ID:  245553
Alias:CARREON JR,RUDY  RUD
    USA Hire Date   :10/28/13
Original Hire Date  :10/28/13          Recently Rehire Date:10/28/13
=====================  New Employee or Present Data  ====================
                     Present  Data                      New Data
```

| | Present Data | New Data |
|---|---|---|
| Last Work Date : | ~~12-29-14~~ ~~1/24/15~~ | Type : X Terminated/__ Retired /__ Transferred |
| Effective Date : | 01/16/16 | Affiliate Transfer Only |
| Department Name: | PP II           6940 | |
| Location Name  : | FORMOSA PLASTICS CO., P FTPO | |

```
==================== Reason, Check List, and Comments ====================
Reason: (Department Manager)     (Send to corresponding Dept.)Y/N Dpt Psl
I  : Voluntary                   Resignation Letter Attached.. ✓ __ __
___: Better Opportunity          Equipment Returned to Dept... ✓ __ __
___: Dissatisfaction with Company Items Returned to Gen. Affair ✓ __
___: Better Salary               Items Returned to Accounting.. ✓ __
___: Other _____           Items Returned to Personnel.. ✓ __
II : Involuntary                 Exit Interview Date....... mailed/ 1/19/16
___: Transferred                 Exit Interview Form......... ✓
___: Retired                     EE Confidentiality Agreement. ✓ __
___: Company Reorganization      401(k) Distribution Memo..... ✓ __
___: Unsatisfactory Performance  **COBRA Notification Form
___: Lack of Work                |  Returned by Employee....... ✓
___: Death                       **COBRA Election Forms........ ✓ __
 X : Other MEDICAL               **Group Health Plan Coverage  ✓
                                 |  Certificate (HIPPA)........ ✓
                                 Group Life Insurance Notice
                                 |  of Conversion Privilege.... ✓ __
Comments:                        Horizon Blue Cross/Blue Shield
                                 |  Termination Report......... ✓
   VAD $3,274.80                  .......Retirees Only......... ✓
                                 Application for retirement... ✓ __
                                 Information Systems.......... / __
                                 **...Required By Law
============================= Approvals ==========================
1. Immediate Supervisor           3. Division Head
Name: [signature] for CHUCK ZAVESKY   Name: [signature]
Date: 1/19/16                       Date: 1/19/16
2. Department Manager              4. President Office
Name: [signature]                 Name:
Date: 1/19/16                      Date:
===================== Personnel/Payroll Only =====================
Emp.Status: /T  Class.: /F  Group: /H  | Pay Schedule Date:  /  /
Personnel: [signature] 1-20-16  [signature] 1/20/16   | Payroll ENTERED  JAN 20 2016
```

```
*** PERSONNEL DEPT: FORWARD A COPY OF THIS COMPLETED FORM TO IT DEPT.  ***
***              FOR NECESSARY SYSTEM ACCESS PRIVILEGE TERMINATION     ***
```

2015 ROLLOVER VAC: 40 hrs ⟩ 120 hrs USED<0> = OWE 120 hrs
2016 VAC hours & 80 hrs
120 X 27.29 = 3,274.80

D-RC-000002