# EXHIBIT 10

Erwin, Melissa MD
Doctor or Healthcare Provider's Name

04.20.2015
Date (If Applicable)

CARREON000169

D:\PrintImageBundler\Temp\378405\Originals\CARREON, RUDY MEDICAL RECORDS 7-8-16.PDF



**DR. MELISSA KAINER ERWIN**
medical & cosmetic dermatology

April 20, 2015

To Whom It May Concern:

Rudy Carreon was seen in my office on April 17, 2015. I reviewed his past medical record and evaluated his current skin condition. He has allergic contact dermatitis from occupational exposure. This was proven with a skin biopsy and photographs and history and current physical exam. His condition will only worsen with repeated exposure in his current environment of heat and dust of unknown chemicals. He can continue to work in a climate controlled environment. Close shaving exacerbates the condition. He should be excluded from the shaving policy and be permitted to have a trimmed beard (one half inch). He has another heat related dermatological disorder called miliaria crystalina. He tells me he has been a faithful employee for 15 years and would like to remain in service. I hope you will reassign him to a climate controlled environment as his condition was brought about by his employment at his current facility.

Please let me know if I can be of further assistance.

Sincerely,

Melissa Kainer Erwin, MD

203 Sandy Corner Road
El Campo, Texas 77437
979.543.9933 Office
979.543.9959 Fax

Page 17

CARREON000170