IN THE UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF TEXAS
VICTORIA DIVISION

| | | |
|---|---|---|
| RUDOLFO CARREON, | § | |
| | § | |
| *Plaintiff,* | § | |
| | § | |
| v. | § | CIVIL ACTION NO. 6:16-CV-000068 |
| | § | |
| FORMOSA PLASTICS CORPORATION, | § | |
| TEXAS, | § | |
| *Defendant.* | § | |

## DEFENDANT'S EXHIBIT LIST

Defendant Formosa Plastics Corporation, Texas submits the following list of exhibits it

expects to offer during trial.

| Exhibit No. | Description of Document | Offer | Obj. | Date Admit | Date N/Admit |
|---|---|---|---|---|---|
| D-1. | Employee Handbook & Acknowledgement (D-RC-000538-000625) (CARREON 000059) | | | | |
| D-2. | Formosa Employee Complaint Policy & Acknowledgment (CARREON 000052-000054) (CARREON 000056) | | | | |
| D-3. | At-Will Status Acknowledgment (CARREON 000058) | | | | |
| D-4. | Employee Document Acknowledgment (CARREON 000060) | | | | |
| D-5. | Formosa Medical Leave Policy (D-RC-001668-01673) | | | | |
| D-6. | Signed General Safety Rules (D-RC-000076) | | | | |
| D-7. | PP II Job Description (D-RC-000016-000019) | | | | |
| D-8. | PP II Master Training Procedure (D-RC-001061-001074) | | | | |
| D-9. | Utilities Job Description (D-RC-001268-001270) | | | | |

1

| Exhibit No. | Description of Document | Offer | Obj. | Date Admit | Date N/Admit |
|---|---|---|---|---|---|
| D-10. | Plant Images (D-RC-001761-1762) | | | | |
| D-11. | March 28, 2014 Progress Note Dr. Sandigo (D-RC-000900-000903) (D-RC-000891-000892—DWQ) | | | | |
| D-12. | April 10, 2014 Memorial Medical Discharge Instructions (D-RC-001578-001579) (D-RC-001557-001558—DWQ) | | | | |
| D-13. | April 28, 2014 Medical Note Dr. Cox (CARREON 000197-000199) | | | | |
| D-14. | December 11, 2014 Medical Note Dr. Cox (CARREON 000200-000202) | | | | |
| D-15. | December 11, 2014 Biopsy Results (D-RC-000131-000132) | | | | |
| D-16. | December 12, 2014 Dr. Cox Restrictions (D-RC-000129) | | | | |
| D-17. | December 12, 2014 FPC Plant Release (D-RC-000128) | | | | |
| D-18. | December 15, 2014 Medical Note Dr. Wheeler (D-RC-000130) | | | | |
| D-19. | December 18, 2014 Medical Note Dr. Cox (CARREON 000203-000205) | | | | |
| D-20. | December 18, 2014 Restrictions Dr. Cox (D-RC-000133) | | | | |
| D-21. | December 19, 2014 FPC Plant Release (D-RC-000135) | | | | |
| D-22. | December 29, 2014 Medical Note Dr. Wheeler (D-RC-000139) | | | | |
| D-23. | December 30, 2014 Restrictions Dr. Racette (D-RC-000137-000138) | | | | |
| D-24. | December 31, 2014 Medical Note Dr. Pentecost (D-RC-000136) | | | | |
| D-25. | January 8, 2015 Email from A. Blinka (D-RC-000404) | | | | |
| D-26. | January 9, 2015 FPC Medical Release Dr. Dao (D-RC-000148) | | | | |
| D-27. | January 9, 2015 Restrictions Dr. Dao (D-RC-000147) | | | | |
| D-28. | January 12, 2015 STD Eligibility Checklist & LOA Signed Acknowledgment (D-RC-000149-000150) | | | | |
| D-29. | January 14, 2015 Progress Note Dr. Sandigo, FMLA Request, and Medical Release (D-RC-000897-000898) | | | | |

| Exhibit No. | Description of Document | Offer | Obj. | Date Admit | Date N/Admit |
|---|---|---|---|---|---|
| | (D-RC-000891-000892—DWQ) (D-RC-000142-000145) (D-RC-000152) | | | | |
| D-30. | January 26, 2016 Progress Note Dr. Sandigo (D-RC-000894-000896) (D-RC-000891-000892—DWQ) | | | | |
| D-31. | January 26, 2015 30 Day Update Dr. Sandigo (CARREON 000156) | | | | |
| D-32. | February 25, 2015 Medical Encounter (D-RC-000126) | | | | |
| D-33. | February 25, 2015 Email from Diane Halepeska (D-RC-000153) | | | | |
| D-34. | February 25, 2015 Email from Carreon (D-RC-000406-000407) | | | | |
| D-35. | April 14, 2015 Letter from Carreon (D-RC-000117-000119) | | | | |
| D-36. | April 15, 2015 Letter from Bill Laas (D-RC-000275) | | | | |
| D-37. | April 16, 2015 Visit Note Dr. Erwin (D-RC-000808-000810) (D-RC-000805-000806—DWQ) | | | | |
| D-38. | April 17, 2015 Email from Carreon (CARREON 000168) | | | | |
| D-39. | April 20, 2015 Restrictions Dr. Erwin (D-RC-000154) | | | | |
| D-40. | April 20, 2015 Medical Note Dr. Wheeler (D-RC-000155) | | | | |
| D-41. | April 30, 2015 Email from Diane Halepeska (D-RC-000411-000412) | | | | |
| D-42. | May 1, 2015 Email from Diane Halepeska (D-RC-000416-000417) | | | | |
| D-43. | June 8, 2015 Disability Medical Request Form Dr. Erwin (D-RC-000843) (D-RC-000805-000806—DWQ) | | | | |
| D-44. | June 24, 2015 Email from Diane Halepeska (D-RC-000284-000286) | | | | |
| D-45. | June 30, 2015 Letter from Bill Laas (CARREON 000093) | | | | |
| D-46. | July 14, 2015 Notes and Carreon Resume (D-RC-000078-00079) | | | | |
| D-47. | July 15, 2015 Letter from Bill Laas (CARREON 000033) | | | | |
| D-48. | July 17, 2015 Personnel Action Form re LTD (D-RC-000003) | | | | |

3

| Exhibit No. | Description of Document | Offer | Obj. | Date Admit | Date N/Admit |
|---|---|---|---|---|---|
| D-49. | July 22, 2015 Visit Note Dr. Erwin (D-RC-000831) (D-RC-000805-000806—DWQ) | | | | |
| D-50. | October 9, 2015 Letter from Bill Laas (CARREON 000120) | | | | |
| D-51. | October 19, 2015 Email from Bill Laas (D-RC-000081) | | | | |
| D-52. | November 12, 2015 Note from Dr. Erwin (D-RC-000826-000828) (D-RC-000805-000806—DWQ) | | | | |
| D-53. | December 15, 2015 Letter from Bill Laas (D-RC-000082) | | | | |
| D-54. | January 12, 2016 EEOC Intake Questionnaire (CARREON 000026-000029) | | | | |
| D-55. | January 12, 2016 Fax & Note from Dr. Erwin's Office (D-RC-000821-000825) (D-RC-000805-000806—DWQ) | | | | |
| D-56. | 2015 Positions Filled (D-RC-001286-001292) | | | | |
| D-57. | January 16, 2016 Personnel Action Form re Separation (D-RC-000002) | | | | |
| D-58. | January 18, 2016 Email from Carreon (CARREON 000859) | | | | |
| D-59. | January 20, 2016 Letter from Dr. Erwin's Office (D-RC-000819) (D-RC-000805-000806—DWQ) | | | | |
| D-60. | January 25, 2016 Letter from Bill Laas (D-RC-000083-00084) | | | | |
| D-61. | March 2, 2016 Fax & Note from Dr. Erwin's Office (D-RC-000813-000818) (D-RC-000805-000806—DWQ) | | | | |
| D-62. | June 9, 2016 Unemployment Statement (D-RC-001618-001619) | | | | |
| D-63. | Post-Employment Resume (CARREON 000823-000824) | | | | |
| D-64. | TWC-Unemployment Benefits Summary (D-RC-001603-001604) | | | | |
| D-65. | Unemployment Denials (D-RC-001627-001630) | | | | |
| D-66. | Job Search Results (D-RC-001674-001760) | | | | |

4

Depending on the Court's summary judgment rulings, its rulings on Defendant's Motion

in Limine, and the events at trial, Defendant may offer the following exhibits:

| Exhibit No. | Description of Document | Offer | Obj. | Date Admit | Date N/Admit |
|---|---|---|---|---|---|
| D-67. | July 15, 2015 Email from Jean Peck (D-RC-000295-000297) | | | | |
| D-68. | September 29, 2016 Medical Note Dr. Cox (CARREON 000209-000210) | | | | |
| D-69. | November 16, 2016 Note DO William Crowley (D-RC-001560-001562) | | | | |
| D-70. | Communications regarding COBRA (D-RC-000087-000089) | | | | |
| D-71. | Luis DeLeon Medical Excerpts (D-RC-001511-001522) | | | | |
| D-72. | Luis DeLeon Personnel Excerpts (D-RC-001524-001530) | | | | |
| D-73. | Donny Yarborough Medical Excerpts (D-RC-001459-001481) | | | | |
| D-74. | Donny Yarborough Personnel Excerpts (D-RC-001483-001509) | | | | |
| D-75. | John Chris Doehrman Medical Excerpts (D-RC-001318-001346) | | | | |
| D-76. | John Chris Doehrman Personnel Excerpts (D-RC-001348-001354) | | | | |
| D-77. | David Kusak Medical Excerpts (D-RC-001380-001395) | | | | |
| D-78. | David Kusak Personnel Excerpts (D-RC-001397-001403) | | | | |
| D-79. | Allen Lahodny Medical Excerpts (D-RC-001405-001428 | | | | |
| D-80. | Allen Lahodny Personnel Excerpts (D-RC-001430-001433) | | | | |
| D-81. | John Gonzales Medical Excerpts (D-RC-001356-001368) | | | | |
| D-82. | John Gonzales Personnel Excerpts (D-RC-001370-001378) | | | | |
| D-83. | Kyle Hamilton Documents (D-RC-000666-000696) | | | | |
| D-84. | Alan Revis Documents (D-RC-000698-000711) | | | | |
| D-85. | Eric Reyes Documents (D-RC-000713-000719) | | | | |
| D-86. | Bernard Mendoza Medical Excerpts (D-RC-001435-001448) | | | | |

| Exhibit No. | Description of Document | Offer | Obj. | Date Admit | Date N/Admit |
|---|---|---|---|---|---|
| D-87. | Bernard Mendoza Personnel Excerpts (D-RC-001450-001457) | | | | |
| D-88. | Ray Green Medical Excerpts (D-RC-001532-001540) | | | | |
| D-89. | Ray Green Personnel Excerpts (D-RC-001542-001550) | | | | |
| D-90. | Formosa 2013-2016 W-2s (D-RC-000533-000536) | | | | |
| D-91. | CIGNA 2015 W-2 (CARREON 000815) | | | | |
| D-92. | Notes on Job Applications 2017 (CARREON 000822; 000862-000863) | | | | |
| D-93. | TWC Work Search Log (CARREON 000825-000834) | | | | |
| D-94. | Job Applications (CARREON 000835-000851) | | | | |
| D-95. | MSDS Master List & Related Communications (D-RC-001281-001284; 00418-000419; 000475) | | | | |
| D-96. | Notice of Absence Forms 2014-2016 (D-RC-000030-000035) | | | | |
| D-97. | Process Operator Job Descriptions (D-RC-001220-0001276) | | | | |

Defendant reserves the right to submit and use any other exhibits, including as rebuttal or impeachment, whichever the circumstances may dictate, and in accordance with the Federal Rules of Civil Procedure.

Respectfully submitted,

/s/ Christine E. Reinhard
Christine E. Reinhard
Texas Bar No. 24013389
USDC SD/TX No. 25545
Schmoyer Reinhard LLP
17806 IH 10 West, Suite 400
San Antonio, Texas 78257
PH:  (210) 447-8033
FX:  (210) 447-8036
creinhard@sr-llp.com

**ATTORNEY-IN-CHARGE**

**OF COUNSEL FOR DEFENDANT:**
Shannon B. Schmoyer
Texas Bar No. 17780250
USDC SD/TX No. 15891
sschmoyer@sr-llp.com
Jane Ann Fosson
Texas Bar No. 24093444
USDC SD/TX No. 3074764
jfosson@sr-llp.com
Schmoyer Reinhard LLP
17806 IH 10 West, Suite 400
San Antonio, Texas 78257
PH:  (210) 447-8033
FX:  (210) 447-8036

## CERTIFICATE OF SERVICE

I certify that the foregoing document and referenced new exhibits were served *via the Court's E-Filing System* upon the following counsel of record:

John W. Griffin, Jr.
Michael J. Neuerburg
MAREK, GRIFFIN, & KNAUPP
203 N. Liberty Street
Victoria, Texas 77901
PH:  361-573-5500
FX:  361-573-5040
jwg@lawmgk.com
mneuerburg@lawmgk.com

on December 27, 2017.

/s/ Christine E. Reinhard
Christine E. Reinhard