UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF TEXAS
VICTORIA DIVISION

| RUDOLFO CARREON, | § | |
| PLAINTIFF, | § | |
| | § | |
| V. | § | CIVIL ACTION NO. 6:16-CV-00068 |
| | § | |
| FORMOSA PLASTICS CORP. TEXAS, | § | |
| DEFENDANT. | § | |

## PLAINTIFF'S EXHIBIT LIST

| Plf. No. | Def. No. | Date Offered | Marked | Adm. | Description of Exhibit |
|---|---|---|---|---|---|
| PX1 | | | | | 12/11/14 Return to Work Letter from Dr. Cox (D-RC-000129) |
| PX2 | | | | | 12/12/14 Formosa approval of 12/11/14 Dr. Cox recommendations (D-RC-000128) |
| PX3 | | | | | 12/18/14 Return to Work Letter from Dr. Cox (D-RC-000133) |
| PX4 | | | | | 12/19/14 Formosa approval of 12/18/14 Dr. Cox recommendations (D-RC-000135) |
| PX5 | | | | | 12/31/14 Dr. Pentecost examination notes (D-RC-000136) |
| PX6 | | | | | List of open Formosa positions (D-RC-001285-92) |
| PX7 | | | | | PPII Process Operator Job Description (D-RC-001256-58) |
| PX8 | | | | | Utilities Operator Job Description (D-RC-001268-70) |
| PX9 | | | | | Formosa termination form 1/16/16 (D-RC-000002) |
| PX10 | | | | | Formosa Security Office Audio Recording (Carreon 000860) |
| PX11 | | | | | Dr. Tucker letter 12/21/16 (Carreon 000001) |
| PX12 | | | | | Dr. Tucker letter 5/31/17 (Carreon 000861) |
| PX13 | | | | | Carreon Process Operator Application (D-RC-000020-24, D-RC-000052-55) |
| PX14 | | | | | Carreon Performance Appraisals (D-RC-000009, 12, 14) |
| PX15 | | | | | Formosa Medical Leave Policy (Laas Ex. 30) |
| PX16 | | | | | Formosa Employee Handbook (D-RC-000539-000625) |
| PX17 | | | | | Records for LD, Formosa employee with contact dermatitis (D-RC-001510-22) |
| PX18 | | | | | Records for DY, Formosa employee accommodated with office work (D-RC-001458-81) |
| PX19 | | | | | Records for JD, Formosa employee accommodated with office work (D-RC-001317-46) |

| | | | | | | |
|---|---|---|---|---|---|---|
| PX20 | | | | | | Records for JG, Formosa employee accommodated with office work (D-RC-001355-68) |
| PX21 | | | | | | Formosa EEOC Position Statement (D-RC-000350-55) |
| PX22 | | | | | | Carreon letter to Formosa (D-RC-000117-119) |
| PX23 | | | | | | 2/25/15 Blinka/Halepaska emails (D-RC-000153) |
| PX24 | | | | | | 4/17/15 Carreon email to Stephen Phillips, Formosa HR (D-RC-001303-04) |
| PX25 | | | | | | 5/1/15 Formosa Medical emails in response to 4/20/15 Carreon request (D-RC-000413-15) |
| PX26 | | | | | | 7/14/15 Laas notes from meeting with Carreon (D-RC-000078-79) |
| PX27 | | | | | | Formosa timeline to 7/15/15 (D-RC-000126) |
| PX28 | | | | | | Formosa narrative emails (D-RC-000487-93) |
| PX29 | | | | | | 12/11/14 Dr. Cox records (Carreon 000878-80) |
| PX30 | | | | | | 12/18/14 Dr. Cox records (Carreon 000881-86) |
| PX31 | | | | | | 9/29/16 Dr. Cox records (Carreon 000887-88) |
| PX32 | | | | | | 6/23/15 Dr. Cox call record (Carreon 000868, more legible copy requested) |
| PX33 | | | | | | 4/20/15 Dr. Wheeler note (Carreon 000179) |
| PX34 | | | | | | 11/22/16 Dr. Tucker examination notes (Carreon 000002-04) |
| PX35 | | | | | | Aerial Photograph of Formosa Plant (Hyak Ex. 6) |
| PX36 | | | | | | Photographs of Formosa Plant (D-RC-001761-62) |
| PX37 | | | | | | Carreon W2s (D-RC-000533-36) |
| PX38 | | | | | | Carreon Job Search Documents (Carreon 000822-51) |

Plaintiff reserves the right to submit and use any other exhibits, including as rebuttal or impeachment, in accordance with the Federal Rules of Civil Procedure.

Respectfully submitted,


/s/ John W. Griffin, Jr.
John Griffin, Jr.
Attorney in charge
Texas Bar No. 08460300
Michael J. Neuerburg
Texas Bar No. 24075562
203 North Liberty Street
Victoria, Texas 77901
(361) 573-5500
Fax (361) 573-5040

Counsel for the Plaintiff

## **CERTIFICATE OF SERVICE**

I certify that a true and correct copy of this document has been served upon the defendant via the electronic filing system of the United States District Court for the Southern District of Texas on December 27, 2017.


**/s/John W. Griffin, Jr.**
John W. Griffin, Jr.